OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

3/17/2015

RIVERA, DOUGLAS WILMER Tr. Ct. No. 10-08542-A WR-82,969-03

On this day, this Court has granted the trial court's request for an extension of time pursuant to T.R.A.P. 73.5. The clerk's record containing the 11.07 writ application is due in this Court on Tuesday, May 5, 2015.

Abel Acosta, Clerk

DOUGLAS WILMER RIVERA
JEFFERSON COUNTY CORRECTIONAL FACILITY -
TDC # 1760730
P. O. BOX 26007
BEAUMONT, TX 77720